No. A-CV-25-81

COURT OF APPEALS OF THE NAVAJO NATION

August 30, 1982

In Re The Contempt of:
Kee Yazzie MANN, Appellant.

STIPULATION ON DISMISSAL

Forrest G. Buffington, Esq., Window Rock, Navajo Nation (Arizona) for Kee Yazzie Mann.

The Honorable Robert Walters, presiding Judge, District Court of the Navajo Nation at Tuba City, and Forrest G. Buffington, attorney for Kee Yazzie Mann, hereby stipulate to the dismissal of the above action.
Dated this 9th day of February, 1982.

Robert B. WALTERS, Judge, District Court of the Navajo Nation

Forrest G. Buffington, Attorney for Kee Yazzie Mann

ORDER

Based upon the foregoing Stipulation;
IT IS ORDERED the above-captioned matter is dismissed.